1  Thomas G. Mackey, Esq. (SBN 174572)
2  mackeyt@jacksonlewis.com
   Jackson Lewis, P.C.                                    JS6
3  725 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017

5  Attorneys for Defendant
   EQUINOX HOLDINGS, INC.
6

7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   MARJORIE SAINT HUBERT, an              Case No. 2:20−cv−11559−RGK−JEM
12 individual,
                                          [Assigned to the *Hon*. R. Gary Klausner and
13       Plaintiff,                       the *Hon*. John E. McDermott]
14       vs.
                                          [PROPOSED] JUDGMENT    [62]
15
   EQUINOX HOLDINGS, INC., a Foreign      Action Filed: November 19, 2020
16 Corporation; and DOES 1-25, inclusive. Action Removed: December 22, 2020
17       Defendants.
18                                        Trial: March 1 – 3, 2022

19

20

21

22

23

24

25

26  ///
27  ///
28  ///

Case No. 2:20−cv−11559−RGK−JEM          1                    [PROPOSED] JUDGMENT

1. Plaintiff Marjorie Saint Hubert ("Plaintiff") brought the present action against Defendant Equinox Holdings, Inc. ("Defendant") alleging (1) Sex Discrimination in Violation of California Gov. Code § 12940 et seq.; (2) Disability Discrimination in Violation of California Gov. Code § 12940 et seq.; (3) Failure to Provide Reasonable Accommodations in Violation of California Gov. Code § 12940(m); (4) Failure to Engage in the Interactive Process in Violation of Gov. Code § 12940(n); (5) Retaliation in Violation of California Gov. Code § 12940(h); (6) Retaliation in Violation of California Gov. Code § 12940(m)(2); (7) Failure to Prevent Discrimination in Violation of California Gov. Code § 12940(k); and (8) Constructive Discharge in Violation of Public Policy.

2. A jury trial was held on March 1, 2022, March 2, 2022, and March 3, 2022. Patricio T.D. Barrera, of Barrera & Associates and Omid Nosrati, of the Law Offices of Omid Nosrati appeared for Plaintiff.  Thomas G. Mackey of Jackson Lewis P.C. appeared for Defendant.

3. Pursuant to Federal Rule of Civil Procedure 50, the Court dismissed Plaintiff's claims for Failure to Provide Reasonable Accommodation, Failure to Engage in the Interactive Process, and Failure to Prevent Discrimination.

4. The Jury reached a unanimous verdict in favor of Defendant on Plaintiff's remaining claims on March 3, 2022.

5. Based on the Court's rulings and the Jury's unanimous verdict, Judgment is entered by the Court for Defendant and against Plaintiff on all of the following claims: (1) Sex Discrimination in Violation of California Gov. Code § 12940 et seq.; (2) Disability Discrimination in Violation of California Gov. Code § 12940 et seq.; (3) Failure to Provide Reasonable Accommodations in Violation of California Gov. Code § 12940(m); (4) Failure to Engage in the Interactive Process in Violation of Gov. Code § 12940(n); (5) Retaliation in Violation of California Gov. Code § 12940(h); (6) Retaliation in Violation of California Gov. Code § 12940(m)(2); (7) Failure to Prevent Discrimination in Violation of California Gov. Code § 12940(k); and (8) Constructive Discharge in Violation of Public Policy.

///

6. The Court denies all relief not granted in this Judgment.

7. This is a FINAL JUDGMENT.

DATED: \_\_\_\_March 22\_\_\_\_, 2022

_____/s/ Gary Klausner_____
HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE